JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH FASS, an individual, | Case No. 2-24-cv-10600-RAO |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | Trial Date: Not set |
| ELITE BEVERAGE INTERNATIONAL, INC., a California Corporation; STEVE RICE, an individual, | |
| Defendants. | |

Pursuant to the Stipulation for Entry of Judgment executed by the parties and in accordance with the Confidential Settlement Agreement and Release dated January 17, 2025, and upon declaration of default properly served on Defendants by Plaintiff. [Dkt. 13.]

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Seth Fass and against Defendants Elite Beverage International, Inc. and Steve Rice, jointly and severally, in the amount of $204,319.34.

[~~PROPOSED~~] JUDGMENT

1 **IT IS SO ORDERED.**

2 DATED: June 26, 2025

*Rozella A. Oliver*
Hon. Rozella A. Oliver
United States Magistrate Judge
Central District of California